IH-32  Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Malka Raul

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:22-cv-368 |
| Rogers Corporation, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Shiva Stein

| Plaintiff | Case Number |
| --- | --- |
| vs. | 1:21-cv-10325 |
| Rogers Corporation, et al. | |
| Defendant | |

IH-32                                                                                                                                                                                             Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on December 3, 2021. Assigned to Judge Denise L. Cote.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is related to the earlier filed case for the following reasons:
(1) involves similar or the same parties and is based on the same or similar claims;
(2) arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and
(3) is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

Signature: /s/ Joshua M. Lifshitz        Date: 01/14/2022

Firm: Lifshitz Law LLP